Raymond P. Boucher, State Bar No. 115364
  *ray@boucher.la*
Shehnaz M. Bhujwala, State Bar No. 223484
  *bhujwala@boucher.la*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

David N. Lake, State Bar No. 180775
  *david@lakelawpc.com*
LAW OFFICES OF DAVID N. LAKE, APC
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Tel:   (818) 788-5100
Fax:   (818) 788-5199

*Attorneys for Plaintiff and All Others
Similarly Situated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIRGINIA MASTROIANNI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC, a Delaware Limited Liability Company Doing Business as SHELLPOINT MORTGAGE SERVICING; DOES 1 Through 10, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-09108-PA-FFM<br><br>CLASS ACTION<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) MOTION TO DISMISS FIRST AMENDED COMPLAINT; AND (2) MOTION TO STRIKE FIRST AMENDED COMPLAINT**<br><br>Date:   April 25, 2016<br>Time:   1:30 P.M.<br>Crtrm.: 15<br><br>*Assigned to the Hon. Percy Anderson and Magistrate Frederick F. Mumm*<br><br>Action Filed: November 24, 2015<br>Trial Date: Not Set |

Case No. 2:15-cv-09108-PA-FFM

PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

Plaintiff Virginia Mastroianni ("Plaintiff") respectfully submits this opposition to the Request for Judicial Notice in Support of the Motion to Dismiss and Motion to Strike Plaintiff's First Amended Complaint filed by Defendant New Penn Financial, LLC doing business as Shellpoint Mortgage Servicing ("Defendant"). Specifically, Plaintiff objects to Defendant's request that the Court take judicial notice of the following documents attached as exhibits thereto:

> *Exhibit A*: Document described by Defendant as Plaintiff's Note for repayment of the loan at issue in this action, date March 31, 2004;
>
> *Exhibit B*: Document described by Defendant as Plaintiff's Deed of Trust to real property commonly known as 13202 Dewey Street, Los Angeles, California 90066, dated March 31, 2004;
>
> *Exhibit C:* Document described by Defendant as Los Angeles Municipal Code ("LAMC") Ordinance No. 181185, approved on June 2, 2010;
>
> *Exhibit D:* Document described by Defendant as LAMC Ordinance No. 183281, approved on November 14, 2014.

In reviewing a motion to dismiss, the court may consider a matter that is properly the subject of judicial notice, such as matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). However, a court may not take judicial notice of a public record for the truth of the facts recited therein, only for the existence of the document. *Id*. at 690. "The existence and authenticity of a document which is a matter of public record is judicially noticeable, ... but the veracity and validity of their contents (the underlying arguments made by the parties, disputed facts, and conclusions of fact) are not." *Cactus Corner, LLC v. U.S. Dep't of Agric.*, 346 F.Supp.2d 1075, 1099 (E.D. Cal. 2004) (citing *Lee*, 250 F.3d at 690). Thus, a court should take judicial notice only of the existence of the documents.

The Court should decline the request for judicial notice of the documents requested by Defendant because Defendant failed to authenticate the documents

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

Case No. 2:15-cv-09108-PA-FFM
PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT

1    with a supporting declaration averring under oath that the documents are true and

2    correct copies of the documents Defendant claims they are.

3        To the extent the Court is inclined to take notice of the documents, the Court

4    should take notice only of the existence of the documents and not the veracity or

5    validity of the contents therein. Plaintiff responds to Defendant's arguments

6    regarding the contents of the documents in Plaintiff's memorandum of points and

7    authorities in opposition to Defendant's motion to dismiss the First Amended

8    Complaint and Plaintiff's memorandum of points and authorities in opposition to

9    Defendant's motion to strike the First Amended Complaint, filed concurrently

10   herewith, with Plaintiff's arguments based on the contents of these documents

11   because of the possibility the Court may grant judicial notice and consider the

12   contents of these documents, and without waiver of Plaintiff's objections.

13

14   DATED:  April 4, 2016                Respectfully submitted,

15                                        BOUCHER LLP

16

17                                        By:      /s/ Shehnaz M. Bhujwala
                                              _____
18                                            RAYMOND P. BOUCHER
                                              SHEHNAZ M. BHUJWALA
19

20                                        LAW OFFICES OF DAVID N. LAKE
                                              _____
21                                            DAVID N. LAKE

22                                        *Attorneys for Plaintiff and All Others
                                          Similarly Situated*

23

24

25

26

27

28

PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903